AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP 3 0 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Martin Bonifacio Ortiz-Garcia

**CRIMINAL COMPLAINT**

Case Number: M-19-2337-M

IAE YOB: 1975
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 29, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Martin Bonifacio Ortiz-Garcia was encountered by Border Patrol Agents near La Joya, Texas on September 29, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 29, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 11, 2019 through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 14, 2015 the defendant was convicted of possesion of a controled subtance and sentenced to one (1) year confinement.

approved by Scott V. Greenbaum, AUSA
[initials] 9/30/19

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Signature of Complainant
Carlos A. Sanchez    Border Patrol Agent

Sworn to before me and subscribed in my presence,

September 30, 2019    3:08 pm

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer